UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN L. MARVIN,

          Plaintiff,

Case No. 1:15-cv-1310

v.

Hon. Robert J. Jonker

CAPITAL ONE,

          Defendant.

_____/

**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

This matter is now before the court on plaintiff's original and corrected motions for leave to proceed *in forma pauperis* on appeal (docket nos. 39 and 42). The fee for appealing a civil action is $505.00. To proceed *in forma pauperis* on appeal, plaintiff must comply with the requirements of Fed. Rule App. Proc. Rule 24(a)(1), which requires him to file a motion for leave to proceed *in forma pauperis*; and, an affidavit showing his inability to pay the required fees (in the detail prescribed by Form 4 of the Appendix of Forms), his belief that he is entitled to redress, and a statement of the issues he intends to present on appeal. On October 26, 2016, the Court entered a deficiency order regarding the original motion. *See* Deficiency Order (docket no. 41). Plaintiff cured the deficiency in his corrected motion. Based on this information, the Court finds that plaintiff has insufficient funds to pay the filing and docket fees required for an appeal. Accordingly, plaintiff's motions to proceed *in forma pauperis* on appeal (docket nos. 39 and 42) are **GRANTED**.

**IT IS SO ORDERED.**

Dated:  December 8, 2016          /s/ Ray Kent
                                                    RAY KENT
                                                    United States Magistrate Judge